AP-77,029
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/4/2015 2:04:26 PM
Accepted 3/4/2015 2:49:02 PM
ABEL ACOSTA
CLERK

## NO. AP-77,029

# IN THE COURT OF CRIMINAL APPEALS
## OF
## THE STATE OF TEXAS

---

## JAMES HARRIS, JR., Appellant

### v.

## THE STATE OF TEXAS, Appellee

---

## STATE'S FIRST MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

---

**TO THE HONORABLE COURT OF CIRMINAL APPEALS:**

COMES NOW THE STATE OF TEXAS, by and through the Criminal District Attorney of Brazoria County, Texas, and presents its First Motion for Extension of Time to File State's Brief and in support thereof would show the following:

### I.

The Appellant is confined pursuant to the judgment and sentence of the 149th District Court of Brazoria County, Texas, convicting him of the capital murder of Alton Wilcox. On December 11, 2013, the jury answered the special issues supporting the imposition of the death penalty and the Judge sentenced him to death. After filing two

extensions, the Appellant filed his brief on February 3, 2015. The deadline for filing the State's brief is March 5, 2015. The State has requested no previous extensions in this case.

## II.

The State respectfully requests that the Court extend the deadline to file the State's brief for **120 days** until **July 3, 2015**.

## III.

In support of the extension, the State would show that the undersigned attorney is responsible for handling felony, misdemeanor, and juvenile appeals; 11.07, 11.09, 11.071, and 11.072 writs of habeas corpus; reviewing mandated cases to verify the defendants' sentencing setting; motions for DNA testing; continuing legal education for the trial attorneys; and aiding trial counsel and the District Attorney in legal research immediately before and during trial. Some of my duties, primarily new appeals, will be lightened during the completion of this brief.

The undersigned attorney will also be responsible for handling the 11.071 writ in the above cause. This Motion is made so that justice may be done in this cause, and not for purposes of delay.

## IV.

The undersigned attorney has recently been responsible for the following:

- Presenting testimony; preparing answer, trial brief, and findings of fact in the writ of habeas corpus on *Ex Parte Donnie Ducksworth*, cause no. 69305-A on January 23, 2015.

- Presenting argument, preparing trial brief, preparing findings of fact in the

motion for new trial on *State v. Niare Lyte*, cause no. 69744. Hearing was held February 2, 2015.

 - Presenting testimony, cross examining witnesses, preparing answer, and preparing findings of fact for the writ of habeas corpus on *Ex parte Jordan Nichols*, no. 19414R-A on February 26, 2015.

 - Over the last month, filing answers and findings in three writs of habeas corpus, drafting one Order Designating Issues; preparing research for the District Attorney and trial counsel on a large number of occasions; various administrative matters, and presenting CLE for two staff meetings.

 - Reading as much of the record as time would allow in the instant case.

In the near future, the undersigned attorney is responsible for:

- Presenting oral argument before the Court of Criminal Appeals in cause no. PD-0857-14, *State v. Kenneth Douds* on March 18, 2015.

- The evidentiary submission set for April 6, 2015 in *Ex parte Justin Saathoff*, no. 68081-A.

 - The Anticipated 11.071 writ in the instant case

V.

The Appellant has filed a 63 page brief, presenting ten points of error, including eight points of error regarding the voir dire. The overall Reporter's Record consists of 87 volumes. Pretrial matters are covered in volumes 1 through 19, plus volumes 55 and 56. Voir dire is contained in volumes 20 through 54. The punishment phase is contained in volumes 57 through 75. And volumes 76 through 87 contain the pre-trial and trial exhibits.

**WHEREFORE, PREMISES CONSIDERED**, the State prays that the Court grant this Extension of Time to File the State's Brief.

Respectfully submitted,

/S/ DAVID BOSSERMAN
DAVID BOSSERMAN
Assistant District Attorney
111 E. Locust, Suite 408A
Angleton, Texas   77515
(979) 864-1232;
fax (979) 864-1525
Bar Card No. 02679520
davidb@brazoria-county.com

SUBSCRIBED TO AND SWORN TO BEFORE ME, on this the 4th day of March 2015 to certify which, witness my hand and seal of office.

/S/ MYRLIN LESIKAR
NOTARY PUBLIC

CERTIFICATE OF SERVICE

The undersigned Attorney for the State of Texas certifies that a true copy of this motion was served by e-mail service provider in accordance with Rule 9.5 of the Rules of Appellate Procedure on Appellant's attorney, Jimmy Phillips, whose address is P.O. Drawer 29, Angleton, Texas on this 4th day of March, 2015.

/S/ DAVID BOSSERMAN
DAVID BOSSERMAN

4